



January 19, 2006

U.S. Bankruptcy Court
Office of the Clerk
Bridgeport Office
915 Lafayette Boulevard
Bridgeport, CT 06604

Re:   In re: Duhl, Paulo
      Case No. 91-52657

Dear Clerk:

Enclosed is check #157 in the amount of $4,601.34, which is the remaining balance on the account for the above referenced matter. Also enclosed is a report of unclaimed funds for the above referenced matter. Of the remaining balance, $3567.30 belongs to Tiara Scott and Paris Fulton, $725.00 belongs to Amy E. Unikewicz, and $309.04 belongs to Margaret Hogan.

Checks were issued to these creditors on October 14, 2005. More than 90 days have elapsed since their issuance, so payments on these checks were stopped on January 19, 2006. Copies of the bank statements and a BMS Transaction Summary Report have also been enclosed.

If you have any questions, please contact Michael Petela of this office. He is assisting me with this matter and can be reached at the telephone number below.

Very truly yours,

Saxe Doernberger & Vita, P.C.

Tracy Alan Saxe
tas@sdvlaw.com

TAS/mtp
Enclosures

1952 Whitney Avenue, Hamden, CT 06517  P: 203.287.8890  F: 203.287.8847  www.sdvlaw.com

cc: Evelyn Valentin
U.S. Trustees Office
265 Church Street, Suite 1103
New Haven, CT 06510

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE: )
Duhl, Paulo )
) Case No. 91-52657 AHWS
)
) LIST OF NAMES AND POST
Debtor(s) ) OFFICE ADDRESS FOR
) UNCLAIMED FUNDS

I, the undersigned case trustee, certify that:

1. The final disbursement to creditors has been completed.

2. All final disbursement checks payable in this case have been cashed except that checks issued to the entities listed below have been stopped for payment because they have either been returned as undeliverable or 90 days have passed since issuance.

3. I verify the address used for mailing to each entity matches the most recent address in the court files for that entity, and I made all other reasonable attempts to deliver each check.

4. A check for the total of all such unclaimed funds listed below in the amount of $4,601.34 is attached hereto, payable to the Clerk of the U.S. Bankruptcy Court, for deposit in the U.S. Treasury.

5. The following is a list of the names of, and mailing address used for, the entities entitled to the following sums:

| Claim No. | Creditor Name / Address | Dividend |
|---|---|---|
| 24B | Margaret Hogan<br>c/o Bruce A. Morrison, Esq., 2 Whitney Avenue, Suite 700<br>New Haven, CT 06510 | 300.00 |
| 25 | Amy E. Unikewicz<br>842 Edgewood Avenue<br>New Haven, CT 06515 | 725.00 |
| 27 | Tiara Scott, Paris Fulton<br>and D'Andre Fulton, c/o John-Henry M. Steele, Esq.<br>New Haven, CT 06508-1866 | 3,567.30 |
| 24A | Margaret Hogan<br>c/o Bruce A. Morrison, Esq., 2 Whitney Avenue, Suite 700<br>New Haven, CT 06510 | 9.04 |

TOTAL: $ 4,601.34

DATED: January 19, 2006

Tracy Alan Saxe, Trustee

390 (8/1/99)



September 1 - September 30, 2005
Page 1 of 2

312-00312-E000-00312- H    -113-9-03-W X -1 00-

91-52657 DUHL PAULO
DEBTOR
#270081 TRACY SAXE TRUSTEE
BR 312, 4 NYP 17TH FLOOR
NEW YORK NY  10004-0001

**Customer Service**

Nationwide 800 #: 1-800-634-5273
Nationwide Fax #: 1-800-457-3510
Hearing impaired call 1-800-CHASETD

Primary Account Number:  312-7614572-71
Number of Checks Enclosed: 0

### Hurricane Katrina Relief
Cash and check donations to the American Red Cross specifically for hurricane support can be made at any Chase or Bank One branch. For the thousands affected, we're also providing special assistance: call 877-226-5663 or click on chase.com for more information.

**BusinessCustom Checking**    Account # 312-7614572-71                    91-52657 Duhl Paulo
Summary                                                                    Debtor

|  | Number | Amount |
|---|---|---|
| Opening Balance | | 64,468.21 |
| Deposits and Credits | 0 | 0.00 |
| Withdrawals and Debits | 0 | 0.00 |
| Checks Paid | 0 | 0.00 |
| **Ending Balance** | | 64,468.21 |

10/14/05

**THIS ENDS YOUR STATEMENT FINANCIAL DATA**

Bankruptcy Management Services at CHASE ℠

# CHASE

312-00312-E000-00312- H    -113-9-01-W X -1 00-

91-52657 DUHL PAULO
DEBTOR
#270081 TRACY SAXE TRUSTEE
BR 312, 4 NYP 17TH FLOOR
NEW YORK NY 10004-0001

October 1 - October 31, 2005
Page 1 of 2

**Customer Service**

Nationwide 800 #: 1-800-634-5273
Nationwide Fax #: 1-800-457-3510
Hearing impaired call 1-800-CHASETD

Primary Account Number: 312-7614572-71

Number of Checks Paid: 21

## BusinessCustom Checking       Account # 312-7614572-71

91-52657 Duhl Paulo
Debtor

### Summary

|  | Number | Amount |
|---|---|---|
| Opening Balance |  | 64,468.21 |
| Deposits and Credits | 0 | 0.00 |
| Withdrawals and Debits | 0 | 0.00 |
| Checks Paid | 21 | 53,935.69 |
| Ending Balance |  | 10,532.52 |

### Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 129 | 10/27 | 250.00 | 142 | 10/21 | 23.22 | 150* | 10/27 | 2,142.56 |
| 133* | 10/21 | 44.62 | 143 | 10/27 | 1,882.69 | 151 | 10/27 | 1,969.36 |
| 134 | 10/24 | 429.74 | 144 | 10/27 | 2,299.58 | 152 | 10/27 | 2,568.08 |
| 135 | 10/31 | 238.09 | 145 | 10/27 | 2,668.83 | 153 | 10/27 | 3,109.96 |
| 137* | 10/31 | 19.27 | 146 | 10/27 | 2,386.10 | 154 | 10/27 | 3,766.67 |
| 140* | 10/21 | 252.85 | 147 | 10/27 | 3,945.00 | 155 | 10/26 | 20,150.14 |
| 141 | 10/24 | 51.99 | 148 | 10/27 | 3,292.93 | 156 | 10/26 | 2,444.01 |

* indicates gap in check sequence

Total (21 checks)  53,935.69

### Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 10/21 | 64,147.52 | 10/26 | 41,071.64 | 10/31 | 10,532.52 |  |  |
| 10/24 | 63,665.79 | 10/27 | 10,789.88 |  |  |  |  |

**THIS ENDS YOUR STATEMENT FINANCIAL DATA**

11/17/05

Bankruptcy Management Services at CHASE ℠

# CHASE

November 1 - November 30, 2005
Page 1 of 2

312-00312-E000-00312- H    -113-9-01-W X -1 00-

91-52657 DUHL PAULO
DEBTOR
#270081 TRACY SAXE TRUSTEE
BR 312, 4 NYP 17TH FLOOR
NEW YORK NY 10004-0001

**Customer Service**

Nationwide 800 #: 1-800-634-5273
Nationwide Fax #: 1-800-457-3510
Hearing impaired call 1-800-CHASETD

Primary Account Number: 312-7614572-71

Number of Checks Paid: 3

**Fee Schedule Changes Effective 1/9/2006**
Insufficient Funds Service Fee will be $32 per occurrence.
Check Coverage Transfer Fee* will be $10 for each transfer.
Overdraft Protection Transfer Fee* will be $10 per transfer from a Chase credit card.

*Waived for the following accounts: Select Banking(R) Checking, Select Banking(R) Checking with Interest, Chase Premier Platinum CheckingSM and Chase Premier Platinum Checking with InterestSM.

## BusinessCustom Checking    Account # 312-7614572-71    91-52657 Duhl Paulo Debtor

### Summary

|  | Number | Amount |
|---|---|---|
| Opening Balance |  | 10,532.52 |
| Deposits and Credits | 0 | 0.00 |
| Withdrawals and Debits | 0 | 0.00 |
| Checks Paid | 3 | 5,931.18 |
| Ending Balance |  | 4,601.34 |

12/17/05

### Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 130 | 11/25 | 931.68 | 136* | 11/01 | 44.22 | 149* | 11/21 | 4,955.28 |

* indicates gap in check sequence

Total (3 checks)    5,931.18

### Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | 10,488.30 | 11/21 | 5,533.02 | 11/25 | 4,601.34 |  |  |

**THIS ENDS YOUR STATEMENT FINANCIAL DATA**

Bankruptcy Management Services at CHASE sm



December 1 - December 31, 2005
Page 1 of 2

312-00312-E000-00312- H     -113-9-03-W X -1 00-

91-52657 DUHL PAULO
DEBTOR
#270081 TRACY SAXE TRUSTEE
BR 312, 4 NYP 17TH FLOOR
NEW YORK NY  10004-0001

**Customer Service**

Nationwide 800 #: 1-800-634-5273
Nationwide Fax #: 1-800-457-3510
Hearing impaired call 1-800-CHASETD

Primary Account Number:  312-7614572-71

Number of Checks Paid: 0

## BusinessCustom Checking    Account # 312-7614572-71

91-52657 Duhl Paulo
Debtor

**Summary**

| | Number | Amount |
|---|---|---|
| Opening Balance | | 4,601.34 |
| Deposits and Credits | 0 | 0.00 |
| Withdrawals and Debits | 0 | 0.00 |
| Checks Paid | 0 | 0.00 |
| **Ending Balance** | | 4,601.34 |

1/11/06

**THIS ENDS YOUR STATEMENT FINANCIAL DATA**

Bankruptcy Management Services at CHASE sm

19-Jan-06

**Bankruptcy Management Solutions, Inc.**
**Transaction Summary Report**

Page 1

Period From 10/21/2005 - 1/19/2006

Trustee: Mr. Tracy A. Saxe (270081)

Case: 91-52657

Account: 312761457271

| Date | Tran Code | Tran Code Description | Item # | Amount | Balance |
|---|---|---|---|---|---|
| 10/21/2005 | 0158 | Check Paid Debit | 140 | $252.85 | $64,215.36 |
| 10/21/2005 | 0158 | Check Paid Debit | 133 | $44.62 | $64,170.74 |
| 10/21/2005 | 0158 | Check Paid Debit | 142 | $23.22 | $64,147.52 |
| 10/24/2005 | 0158 | Check Paid Debit | 134 | $429.74 | $63,717.78 |
| 10/24/2005 | 0158 | Check Paid Debit | 141 | $51.99 | $63,665.79 |
| 10/26/2005 | 0158 | Check Paid Debit | 155 | $20,150.14 | $43,515.65 |
| 10/26/2005 | 0158 | Check Paid Debit | 156 | $2,444.01 | $41,071.64 |
| 10/27/2005 | 0158 | Check Paid Debit | 147 | $3,945.00 | $37,126.64 |
| 10/27/2005 | 0158 | Check Paid Debit | 154 | $3,766.67 | $33,359.97 |
| 10/27/2005 | 0158 | Check Paid Debit | 148 | $3,292.93 | $30,067.04 |
| 10/27/2005 | 0158 | Check Paid Debit | 153 | $3,109.96 | $26,957.08 |
| 10/27/2005 | 0158 | Check Paid Debit | 145 | $2,668.83 | $24,288.25 |
| 10/27/2005 | 0158 | Check Paid Debit | 152 | $2,568.08 | $21,720.17 |
| 10/27/2005 | 0158 | Check Paid Debit | 146 | $2,386.10 | $19,334.07 |
| 10/27/2005 | 0158 | Check Paid Debit | 144 | $2,299.58 | $17,034.49 |
| 10/27/2005 | 0158 | Check Paid Debit | 150 | $2,142.56 | $14,891.93 |
| 10/27/2005 | 0158 | Check Paid Debit | 151 | $1,969.36 | $12,922.57 |
| 10/27/2005 | 0158 | Check Paid Debit | 143 | $1,882.69 | $11,039.88 |
| 10/27/2005 | 0158 | Check Paid Debit | 129 | $250.00 | $10,789.88 |
| 10/31/2005 | 0158 | Check Paid Debit | 135 | $238.09 | $10,551.79 |
| 10/31/2005 | 0158 | Check Paid Debit | 137 | $19.27 | $10,532.52 |
| 11/1/2005 | 0158 | Check Paid Debit | 136 | $44.22 | $10,488.30 |
| 11/21/2005 | 0158 | Check Paid Debit | 149 | $4,955.28 | $5,533.02 |
| 11/25/2005 | 0158 | Check Paid Debit | 130 | $931.68 | $4,601.34 |

The information contained in this report is provided as a resource by BMS, Inc. and should not be considered an official statement of the status of any bank account. For an official statement, contact JP Morgan Chase Bank, N.A., at (800)634-5273.

| Date | Tran Code | Tran Code Description | Item# | Amount | Balance |
|---|---|---|---|---|---|
| | | | Opening Balance: | | $64,468.21 |
| | | 0 | Credits: | | $0.00 |
| | | 24 | Checks: | | $59,866.87 |
| | | 0 | Debits: | | $0.00 |
| | | 0 | Tefra: | | $0.00 |
| | | | Ending Balance: | | $4,601.34 |

The information contained in this report is provided as a resource by SMS, Inc. and should not be considered an official statement of the status of any bank account. For an official statement, contact JP Morgan Chase Bank, N.A., at (800)634-5273.